UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :

      v.                         :   07 Mag. 205

GAYLA ROBLES,                    :
  a/k/a "Gayla Abou Elnas,"
  a/k/a "Carmen Rodriguez,"      :   **NOTICE OF INTENT TO**
  a/k/a "Carmen Hanna,"              **FILE AN INFORMATION**
                                 :
          Defendant.             07 CRIM. 636
                                 :
- - - - - - - - - - - - - - - - X

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        July 10, 2007

                            MICHAEL J. GARCIA
                            United States Attorney

               By: _____
                    MICHAEL D. MAIMIN
                    Assistant United States Attorney


               AGREED AND CONSENTED TO:

7-10-07

               By: _____
                    DIERDRE D. VON DORNUM, ESQ.
                    Attorney for Gayla Robles