```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :

     v.                         :

GAYLA ROBLES,                   :
   a/k/a "Gayla Abou Elnas,"
   a/k/a "Carmen Rodriguez,"    :
   a/k/a "Carmen Hanna,"
                                :
                 Defendant.
                                :
- - - - - - - - - - - - - - - - X
```



JUDGE JONES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

INFORMATION    JUL 1 3 2007

07 CRIM. 636

### Count One

The United States Attorney charges:

On or about July 11, 2002, in the Southern District of New York and elsewhere, GAYLA ROBLES, a/k/a "Gayla Abou Elnas," a/k/a "Carmen Rodriguez," a/k/a "Carmen Hanna," the defendant, unlawfully, wilfully, and knowingly did enter into a marriage for the purpose of evading the immigration laws, to wit, ROBLES, a United States citizen, entered into a marriage with a citizen of Turkey (the "First Turkish Citizen") for the purpose of securing legal immigration status in the United States for the First Turkish Citizen.

(Title 8, United States Code, Section 1325(c).)

### Count Two

The United States Attorney further charges:

On or about October 1, 2002, in the Southern District of New York and elsewhere, GAYLA ROBLES, a/k/a "Gayla Abou

Elnas," a/k/a "Carmen Rodriguez," a/k/a "Carmen Hanna," the defendant, unlawfully, wilfully, and knowingly did enter into a marriage for the purpose of evading the immigration laws, to wit, ROBLES, a United States citizen, entered into a marriage with a citizen of Turkey (the "Second Turkish Citizen") for the purpose of securing legal immigration status in the United States for the Second Turkish Citizen.

(Title 8, United States Code, Section 1325(c).)

## Count Three

The United States Attorney further charges:

On or about February 8, 2003, in the Southern District of New York and elsewhere, GAYLA ROBLES, a/k/a "Gayla Abou Elnas," a/k/a "Carmen Rodriguez," a/k/a "Carmen Hanna," the defendant, unlawfully, wilfully, and knowingly did enter into a marriage for the purpose of evading the immigration laws, to wit, ROBLES, a United States citizen, entered into a marriage with a citizen of Egypt (the "Egyptian Citizen") for the purpose of securing legal immigration status in the United States for the Egyptian Citizen.

(Title 8, United States Code, Section 1325(c).)

**Count Four**

The United States Attorney further charges:

On or about June 24, 2003, in the Southern District of New York and elsewhere, GAYLA ROBLES, a/k/a "Gayla Abou Elnas," a/k/a "Carmen Rodriguez," a/k/a "Carmen Hanna," the defendant, unlawfully, wilfully, and knowingly did enter into a marriage for the purpose of evading the immigration laws, to wit, ROBLES, a United States citizen, entered into a marriage with a citizen of Turkey (the "Third Turkish Citizen") for the purpose of securing legal immigration status in the United States for the Third Turkish Citizen.

(Title 8, United States Code, Section 1325(c).)

*Michael Garcia*
MICHAEL GARCIA
United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

GAYLA ROBLES,
a/k/a "Gayla Abou Elnas,"
a/k/a "Carmen Rodriguez,"
a/k/a "Carmen Hanna,"

Defendant.

### INFORMATION

07 Cr.

(8 U.S.C. § 1325(c).)

MICHAEL J. GARCIA
United States Attorney.

*[Handwritten annotations:]*

7/13/07 Filed Information & Waiver of Indictment. Deft. Pres. w/Atty Dierdre VonDornum, AUSA Michael Maimin, & Court Reporter Pres. Deft. Files Consent to Proceed Before Mag. Judge. Deft. Pleads Guilty as Charged. PSI Ordered. Sentence Set for 10/12/07 Before Judge Jones. Bail Cont'd.

s/ Mag. Judge Cott