```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :

         v.                      :        07 Cr. 636

GAYLA ROBLES,                    :
   a/k/a "Gayla Abou Elnas,"
   a/k/a "Carmen Rodriguez,"     :
   a/k/a "Carmen Hanna,"
                                 :
         Defendant.
                                 :
- - - - - - - - - - - - - - - - X
```

The above-named defendant, who is accused of violating Title 8, United States Code, Section 1325(c), being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant  *(Gayla Robles)*

_____
Witness

_____
Counsel for Defendant

Date:    New York, New York
         July 13, 2007



0202