# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

September 19, 2007

<u>BY FACSIMILE</u>

Honorable Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/07

**Re:    United States v. Gayla Robles**
       **07 Cr. 636 (BSJ)**

Dear Judge Jones:

I write to respectfully request a two-week adjournment of Ms. Robles's sentencing, which is currently scheduled for October 12, 2007, because I will be in trial. Assistant U.S. Attorney Michael Maimin has no objection to such an adjournment. A date during the week of October 22nd would be convenient to both the Government and the defendant. Thank you for your consideration of this request.

Respectfully Submitted,

Deirdre D. von Dornum
Assistant Federal Defender
Tel.: (212) 417-8767

cc:   Michael D. Maimin, Esq. (by fax: 637-2527)
      Assistant United States Attorney
      Southern District of New York

Application granted. Sentencing is adjourned to November 2, 2007 at 2PM.

SO ORDERED
Dated:

BARBARA S. JONES
U.S.D.J.

9/25/07

TOTAL P.002