UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
            v.                     :  07 CR. 636 (BSJ)
                                   :
GAYLA ROBLES,                      :  ORDER
            Defendant.             :
                                   :
------------------------------------------X

ORDER ACCEPTING THE PLEA ALLOCUTION
BEFORE A U.S. MAGISTRATE JUDGE

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

     On July 13, 2007, pursuant to Fed.R.Crim. 11, and with the defendant's consent, the Honorable Theodore H. Katz, United States Magistrate Judge, after presiding over a plea allocution in the above captioned matter, reported and recommended that the named defendant's plea of guilty be accepted. The Court has carefully reviewed the transcript of the allocution, the charging papers, and all other pertinent parts of the record. The Court has determined from this review that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea. Accordingly, the Report and Recommendation is accepted and the plea is acceptable to the Court. The Clerk of the Court is directed to enter the plea.

SO ORDERED.

                                                 BARBARA S. JONES
                                                 United States District Judge

Dated: December 7, 2007
       New York, New York